Joseph Siegel, appellant, v. Samuel Rudikoff and Minnie Rudikoff, appellees. Gen. No. 31,483.

Mechanic's lien proceedings. Dismissed for want of equity, and judgment as at common law for master's and stenographer's fees for defendant. Appeal from the Superior Court of Cook county; the Hon. Michael L. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 4, 1927.

G. A. Buresh, for appellant. Jacob Levy, for appellees; J. M. Gwin, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Lewis A. Bain, trading as L. A. Bain & Company, complainant and appellee, v. Globe Laundry Company et al., defendants, on appeal of Globe Laundry Company, appellant. Gen. No. 31,505.

Mechanic's lien proceedings. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 4, 1927. Rehearing denied October 17, 1927.

Zillman & Krinker, for appellant. Clithero, Osborn & Stevens, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Kazimir Jamontas and Stanley Darguzis, appellees, v. Peter Galskis, appellant. Gen. No. 31,526.

The People of the State of Illinois ex rel. Kazimir Jamontas and Stanley Darguzis, appellees, v. Anton Zymont, appellant. Gen. No. 31,529.

Contempt for refusal to give testimony before master. See *supra*, p. 524. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed. Opinion filed October 4, 1927.

Kazimir P. Gugis, P. B. Smith and Harry C. Kinne, for appellants. No appearance for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

Paul Gerhardt, appellee, v. Horace L. Brand, appellant. Gen. No. 31,552.

Action for architect's services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank M. Padden, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed October 4, 1927.

Richard S. Folsom, for appellant. Roy D. Keehn, for appellee; Edward G. Woods and Thomas B. Martineau, of counsel.

Mr. Justice Gridley delivered the opinion of the court.